IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Shelly Marie Ivey, | ) | Civil Action No. 8:15-cv-2715-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed October 10, 2016. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $2,064.15 and costs in the amount of $350.00. The Commissioner filed a Response on October 27, 2016, in which she notified the Court that she does not oppose the requested fees.

The Court has reviewed the fee motion and response and finds fee request reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $2,064.15 in attorney's fees. Plaintiff shall also be paid $350.00 in costs from the Judgment Fund pursuant to 28 U.S.C. § 2412(a)(1)

Payment shall be made payable to the Plaintiff pursuant to *Astrue v Ratliff*, 130 S.Ct. 2521 (2010) and mailed to Plaintiff's attorney.  EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

                                              s/Mary Geiger Lewis
                                              Mary Geiger Lewis
                                              United States District Judge

October 31, 2016
Columbia, South Carolina